**Susan H. Dickinson, appellee, v. J. Weir Elliott, executor of the last will and testament of Job Coates, deceased, appellant. Gen. No. 7,712.**

Claim against estate of decedent. Judgment for claimant. Affirmed subject to remittitur. Appeal from the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1924. Affirmed upon filing remittitur of $3,025. Opinion filed June 17, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Walter Bellatti and Paul D. Moriarty, for appellant. Walter W. Wright, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Calvin McCarl, appellee, v. City of Quincy, appellant. Gen. No. 7,715.**

Action for damages for injury to pedestrian in fall on sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 17, 1924.

C. H. Wood, Corporation Counsel, for appellant. John E. Wall, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Jake Zimmerman, appellant, v. J. A. McCreery, H. A. McCreery and J. R. McCreery, trading as J. A. McCreery & Sons, appellees. Gen. No. 7,746.**

Action to recover treble amount of losses in grain gambling transactions. Judgment for defendant. Appeal from the Circuit Court of Mason county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed June 17, 1924.

W. E. Stone and Stone & Taylor, for appellant. E. P. Nischwitz and W. A. Covey, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.